## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

**LENNY CAIN,**                                       :

        **Petitioner**                          :

                  **CIVIL ACTION NO. 3:17-0105**

        **v.**                                        :

                  **(Judge Mannion)**

**Warden SPAULDING, <u>et</u> <u>al</u>.,**            :

                          :

        **Respondent**

## ORDER

For the reasons set forth in the Memorandum of this date, **IT IS HEREBY ORDERED THAT:**

1.      Petitioner's motion for reconsideration of the Court's March 5, 2018, Memorandum and Order dismissing the above captioned action for Petitioner's failure to exhaust administrative remedies (Doc. 13), is **DENIED**.

2.      Petitioner's motion for an immediate status conference (Doc. 21) is **DISMISSED as MOOT**.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

Dated: October 3, 2018
O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2017 MEMORANDA\17-0105-01-ORDER-wpd.wpd