UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

LENNY CAIN,                    :
                               :   CIVIL ACTION NO. 3:17-0105
    Petitioner                 :
                               :        (JUDGE MANNION)
    v.                         :
                               :
WARDEN SPAULDING,              :
                               :
    Respondent                 :

## ORDER

In accordance with this Court's memorandum issued this same day, **IT IS HEREBY ORDERED THAT**:

1. Cain's petition for writ of habeas corpus (Doc. 1), pursuant to 28 U.S.C. §2241, is **DENIED**.

2. Cain's motion for appointment of counsel (Doc. 42) is **DISMISSED** as moot.

3. The Clerk of Court is directed to **CLOSE** this case.


*s/ Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

Dated: August 26, 2021
17-0105-02-Order